# Typed Drawing

| | |
|---|---|
| Word Mark | THE BAD ASS COFFEE COMPANY |
| Goods and Services | IC 042. US 100 101. G & S: retail store services for coffee, tea, spices and coffee bar services. FIRST USE: 19900500. FIRST USE IN COMMERCE: 19900500 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75031065 |
| Filing Date | December 11, 1995 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 28, 1998 |
| Registration Number | **2196877** |
| Registration Date | October 20, 1998 |
| Owner | (REGISTRANT) BAD ASS COFFEE COMPANY OF HAWAII, INC. CORPORATION UTAH 166 West 2700 South SALT LAKE CITY UTAH 84115 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | BRUCE R NEEDHAM |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE COMPANY" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080411. |
| Renewal | 1ST RENEWAL 20080411 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT   A