## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE BAD ASS COFFEE COMPANY |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely T-shirts, sweatshirts, shirts, caps, hats, sun visors. FIRST USE: 19900500. FIRST USE IN COMMERCE: 19900500 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75030663 |
| **Filing Date** | December 11, 1995 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 21, 1998 |
| **Registration Number** | 2194520 |
| **Registration Date** | October 13, 1998 |
| **Owner** | (REGISTRANT) BAD ASS COFFEE COMPANY OF HAWAII, INC. CORPORATION UTAH 166 WEST 2700 SOUTH SALT LAKE CITY UTAH 84115 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | BRUCE R. NEEDHAM |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE COMPANY" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080404. |
| **Renewal** | 1ST RENEWAL 20080404 |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

EXHIBIT C