# Bad Ass Coffee of Hawaii

| | |
|---|---|
| **Word Mark** | BAD ASS COFFEE OF HAWAII |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Drive-through retail store services featuring Hawaiian coffee, coffee and related goods; on-line retail store services featuring Hawaiian coffee, coffee, tea, hot chocolate, beverage flavoring, clothing, mugs, bumper stickers, candy; retail shops featuring Hawaiian coffee, coffee, tea, hot chocolate, beverage flavoring, clothing, mugs, bumper stickers, candy. FIRST USE: 20030410. FIRST USE IN COMMERCE: 20030410<br><br>IC 043. US 100 101. G & S: Coffee bars; coffee shops. FIRST USE: 20030410. FIRST USE IN COMMERCE: 20030410 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86156822 |
| **Filing Date** | January 3, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 27, 2014 |
| **Registration Number** | 4584047 |
| **Registration Date** | August 12, 2014 |
| **Owner** | (REGISTRANT) Bad Ass Coffee Company of Hawaii, Inc. CORPORATION UTAH 155 W Malvern Ave. Salt Lake City UTAH 84115 |
| **Attorney of Record** | Bruce R. Needham |
| **Prior Registrations** | 2196877;2995294;3728946;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE OF HAWAII" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

EXHIBIT F