

| | |
|---|---|
| **Word Mark** | THE BAD ASS COFFEE CO. |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: [non-luminous and non-mechanical metal signs, ]metal key rings. FIRST USE: 19910714. FIRST USE IN COMMERCE: 19910714 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: bumper stickers, decals. FIRST USE: 19910714. FIRST USE IN COMMERCE: 19910714 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: mugs, shot glasses. FIRST USE: 19910714. FIRST USE IN COMMERCE: 19910714 |
| | IC 025. US 022 039. G & S: t-shirts, tank tops, thongs, hats. FIRST USE: 19910714. FIRST USE IN COMMERCE: 19910714 |
| | IC 030. US 046. G & S: coffee, candy, cocoa mixes. FIRST USE: 19910714. FIRST USE IN COMMERCE: 19910714 |
| | IC 034. US 002 008 009 017. G & S: cigars. FIRST USE: 19910714. FIRST USE IN COMMERCE: 19910714 |
| | IC 043. US 100 101. G & S: coffee bar services. FIRST USE: 19910714. FIRST USE IN COMMERCE: 19910714 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.05.02 - Burros; Donkeys; Jackass; Mules
03.05.24 - Stylized horses, donkeys, zebras
05.01.03 - Palm trees
05.01.10 - More than one tree or bush; thicket; group of trees; Thicket
19.01.25 - Bags, bowling; Bags, camera; Boot bags, ski; Bowling bags; Cosmetic cases; Doctor's bags; Hat boxes; Medical bags; Saddle bags; Tote bags
24.09.07 - Advertising, banners; Banners
26.01.17 - Circles, two concentric; Concentric circles, two; Two concentric circles
26.01.21 - Circles that are totally or partially shaded.
26.13.21 - Quadrilaterals that are completely or partially shaded
26.13.25 - Quadrilaterals with one or more curved sides
26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters |
| **Serial Number** | 78457364 |
| **Filing Date** | July 27, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 21, 2005 |
| **Registration Number** | 2995294 |
| **Registration Date** | September 13, 2005 |
| **Owner** | (REGISTRANT) Bad Ass Coffee Company of Hawaii, Inc. CORPORATION UTAH 155 West Malvern Avenue |

# EXHIBIT G

| | |
|---|---|
| | Salt Lake City UTAH 84105 |
| **Attorney of Record** | Bruce R. Needham |
| **Prior Registrations** | 2172067;2194520;2194521;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "Coffee Co." APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) Yellow, orange, grey, brown, black is/are claimed as a feature of the mark. The mark consists of an ass with a grey body and black hair carrying a brown sack surrounded by a circle shaded from yellow to green from top to bottom and having green palms on top of the circle, the stylized lettering shaded from yellow to orange from top to bottom. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20151019. |
| **Renewal** | 1ST RENEWAL 20151019 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY