

# Bad Ass Coffee Co.
965 F Highway 550, Albuquerque NM 87104

Buy Turkey & Ham Vouchers

Accepted at Any Store, Guaranteed! Free Overnight Shipping Go to turkeyorham.com

## drinks

| | | | |
|---|---|---|---|
| Coffee-100% Kona | $1.99 - $2.99 | Coffee Signature Blens<br>American, French and volcanic roasts, kona blend, decaf, and flavor of the day | $1.25 - $1.75 |
| Coffee-Americano | $1.35 - $2.55 | Coffee-Eye Opener<br>French roasts, 2 shots espresso | $1.95 - $2.95 |
| Coffee-Black Widow, 100% Kona | $2.99 - $3.99 | Coffee-Cafe Latte | $2.75 - $3.99 |
| Coffee-Cappuccino | $2.75 - $3.99 | | |

## other hot drinks

| | | | |
|---|---|---|---|
| Chai Latte | $2.49 - $3.49 | Hot Chocolate | $1.99 - $2.99 |
| Steamer | $1.99 - $2.99 | Hot Loose Leaf Tea | $1.75 |

## breakfast

| | |
|---|---|
| Sweet Ass Muffins<br>blueberry, banana nut, bran, or chocolate | $1.49 |

## breakfast sandwiches
served on your choice of bagel or English muffin

| | | | |
|---|---|---|---|
| Egg and Cheese | $1.49 | Ham, Egg and Cheese | $1.49 |
| Bacon, Egg and Cheese | $1.49 | Sausage, Egg and Cheese | $1.49 |

## other items

| | | | |
|---|---|---|---|
| Bagels<br>plain, wheat, blueberry, apple cinnamon, or cinnamon raisin | $1.19 | Cream Cheese<br>plain, fat free, or strawberry | $0.59 |
| Big Ass Cinnamon Rolls | $2.49 | Assorted Cereal | $1.09 |

## new authentic hawaiian shaved ice

| | |
|---|---|
| Assorted Flavors | $2.25 |

## bad ass salads
salads come with croutons and a choice of salad dressing: ranch, fat, free Italian, honey mustard Caesar, or blue cheese

| | | | |
|---|---|---|---|
| Side Salad<br>made with fresh lettuce and topped with real bacon, chopped purple onion, shredded carrots, fresh tomatoes, and shredded cheddar cheese | $1.99 | Large Salad<br>made with a healthy portion of fresh lettuce and topped with real bacon, chopped purple onion, shredded carrots, fresh tomatoes, and shredded cheese | $3.99 |
| Baked Chicken Salad<br>made with slices of oven-roasted chicken breast, fresh lettuce, chopped purple onion, shredded carrots, fresh tomatoes, and shredded cheddar cheese | $5.49 | Add Meat to Any Salad<br>turkey, roast beef, or ham | $1.00 |
| Citrus Fruit Salad | $1.49 | | |

## sandwiches
all sandwiches served with a pickle spear and your choice of potato chips

| | | | |
|---|---|---|---|
| Hawaiian Melt<br>our signature sandwich served on a Hawaiian bread roll, piled high with select turkey breast, premium roast beef, mild cheddar cheese, Swiss cheese, lettuce, sliced tomato, purple onions, and topped with yellow mustard and our bad ass horseradish sauce | $4.99 | Samoan Club<br>a traditional club with a bad ass attitude! this sandwich has three layers of hearty wheat bread packed with select turkey breast, premium roast beef, ham, two slices of bacon, mild cheddar cheese, lettuce, sliced tomato, purple onion, and topped with real mayonnaise, yellow mustard, and our bad ass horseradish sauce | $5.99 |
| Turkey, Bacon, and Swiss Melt<br>served on a Hawaiian bread roll, loaded with select turkey breast, a healthy portion of bacon, Swiss cheese, lettuce, | $4.99 | Oven Roasted Chicken<br>served on a Hawaiian bread roll, piled with sliced oven-roasted chicken, lettuce, sliced tomato, purple onion, and | $5.99 |


Panda 300Mbps Wireless N USB Adapter …
(1871)
$14.99

Own Bad Ass Coffee Co.? Update your menu online!



**EXHIBIT H**

sliced tomato, purple onion and finished off with real mayonnaise

finished with real mayonnaise

| | |
|---|---|
| **Ranch House Chicken** | $5.99 |

served on a Hawaiian bread roll, topped with sliced ovenroasted chicken, bacon, mild cheddar cheese, lettuce, sliced tomato, purple onion, and topped with ranch dressing

| | |
|---|---|
| **Maui Chicken** | $5.99 |

served on a Hawaiian bread roll, loaded with sliced ovenroasted chicken, crushed pineapple, Swiss cheese, lettuce, sliced tomato, purple onion, and topped with Italian dressing

| | |
|---|---|
| **Roast Beef and Swiss** | $4.99 |
| **Turkey and Swiss** | $4.99 |

all served melted or cold, muffaletta bread with a heaping amount of deli-sliced meat and cheese, topped with lettuce, sliced tomato, purple onion, yellow mustard and real mayonnaise

| | |
|---|---|
| **Ham and Cheddar** | $4.99 |
| **Chicken Salad** | $4.99 |

served on muffaletta bread, our acclaimed chicken salad is made from a secret family recipe with white chicken meat, real mayonnaise, sweet-hot pickle relish, finely chopped purple onion, our secret spices, and is topped with lettuce, tomato, and purple onion

| | |
|---|---|
| **Tuna Salad** | $4.99 |

served on muffaletta bread, our tuna salad is made with fresh tuna, sweet-hut pickle relish, real mayonnaise, a hint of yellow mustard and finished off with lettuce, sliced tomato, and purple onion

| | |
|---|---|
| **The Ultimate P.B and B** | $3.29 |

served on hearty wheat bread, this sandwich is covered with creamy peanut butter, ripe bananas, and topped with sweet honey

## cold drinks

| | | | |
|---|---|---|---|
| Blended Signature Lattes | $3.99 - $4.59 | Granita | $3.49 - $3.99 |
| Fruit Smoothie | $3.49 - $3.99 | Cremosa | $1.75 - $1.85 |
| Itlian Soda | $1.65 - $1.85 | Bottled Juice, Water | $1.49 |
| IBC Rootbeer | $1.25 | | |

## signature lattes

| | | | |
|---|---|---|---|
| Bad Ass Mocha | $2.99 - $3.99 | Dark and White Chocolate | $2.99 - $3.99 |
| Kreme De Kona | $2.99 - $3.99 | White and Dark Chocolate, Vanilla | $2.99 - $3.99 |
| Hawaiian Sunrise | $2.99 - $3.99 | Dark Chocolate, Raspberry | $2.99 - $3.99 |
| Dark Chocolate, Orange | $2.99 - $3.99 | Menehune Mocha | $2.99 - $3.99 |
| Creme Brulee | $2.99 - $3.99 | White Chocolate, Caramel, Vanilla | $2.99 - $3.99 |
| Jitter Juice | $2.99 - $3.99 | Dark Chocolate, Irish Cream | $2.99 - $3.99 |
| Haole's Revenge | $2.99 - $3.99 | White Chocolate, Tiramisu | $2.99 - $3.99 |
| Lava Java Mocha | $2.99 - $3.99 | Dark Chocolate, Hazelnut | $2.99 - $3.99 |
| Nutty Irishman | $2.99 - $3.99 | Hazelnut, Irish Cream | $2.99 - $3.99 |
| Wherther's | $2.99 - $3.99 | English Toffee, Caramel, Vanilla | $2.99 - $3.99 |

Menu for Bad Ass Coffee Co. provided by Allmenus.com

**DISCLAIMER**: Information shown may not reflect recent changes. Check with this restaurant for current pricing and menu information. A listing on Allmenus.com does not necessarily reflect our affiliation with or endorsement of the listed restaurant, or the listed restaurant's endorsement of Allmenus.com. Please tell us by clicking here if you know that any of the information shown is incorrect. For more information, please read our Terms and Conditions.



Contact Us    About    Advertise with Us    Restaurant Owners    Chains

View the mobile version or the tablet version
Registration on or use of this site constitutes acceptance of the Terms & Conditions and Privacy Policy.
©2016 GrubHub, Inc. All rights reserved.