

EXHIBIT I







